■ IBC SALES CORPORATION et al., Appellants, v VILLAGE OF BLACK RIVER, Respondent. [978 NYS2d 707]—Appeal from an order of the Supreme Court, Jefferson County (Hugh A. Gilbert, J.), entered August 24, 2012. The order denied the motion of plaintiffs for leave to file a late notice of claim on defendant.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Centra, Lindley, Sconiers and Valentino, JJ.

■ In the Matter of STEPHEN PUMP, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [976 NYS2d 911]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered June 10, 2013) to review a determination of respondent. The determination found after a tier II hearing that petitioner had violated an inmate rule.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.